UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| ELISE HILTON AND ED HILTON, both individually and as guardians of E.H., a disabled adult,<br>　　　　　　　Plaintiffs,<br><br>-v-<br><br>GRAND RAPIDS POLICE DEPARTMENT, et al.,<br>　　　　　　　Defendants. | No. 1:13-cv-727<br><br>Honorable Paul L. Maloney |

### ORDER

A settlement resolving the last pending claim in this lawsuit was approved in January 2018. The Court awaits the final documents from the parties.

For this reason, the motion to dismiss (ECF No. 91) filed by Defendant Hope Academy of Western Michigan is **DISMISSED AS MOOT**.

**IT IS SO ORDERED.**

Date:  March 29, 2018 　　　　　　　　　　　　　　 /s/ Paul L. Maloney
　　　　　　　　　　　　　　　　　　　　　　　　　Paul L. Maloney
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge